IN THE UNITED STATES DISTRICT COURT    F I L E D
FOR THE DISTRICT OF COLORADO    UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06-cv-01611-BNB    AUG 31 2006

SHANE STEVENS,

      Applicant,

v.

JOSEPH ORTIZ, and
AL STANLEY,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant Shane Stevens has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court must construe the application liberally because Mr. Stevens is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Stevens will be ordered to file an amended application.

The court has reviewed the habeas corpus application filed in this action and finds that the application is deficient because the specific claims for relief being asserted are not clear. Mr. Stevens apparently is challenging the denial of parole in 2003 and 2005 and the withholding of earned time credits. However, it is not clear why Mr. Stevens believes that his constitutional rights have been violated because he fails to allege clearly and concisely the specific facts that support his claims. Therefore, Mr. Stevens will be ordered to file an amended application to clarify the claims he is

asserting in this action.  Mr. Stevens also must clarify in the amended application how he has exhausted state court remedies for the claims he is asserting.  ***See Montez v. McKinna***, 208 F.3d 862, 866 (10th Cir. 2000).  Accordingly, it is

ORDERED that Mr. Stevens file **within thirty (30) days from the date of this order** an amended application that complies with this order.  It is

FURTHER ORDERED that the clerk of the court mail to Mr. Stevens, together with a copy of this order, two copies of the following forms:  Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if Mr. Stevens fails within the time allowed to file an amended application that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED August 31, 2006, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-01611-BNB

Shane Stevens
Prisoner No. 88355
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on _____ 8-31-06 _____

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk